

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-11-00013-CR

## IN RE LOYD TOM LOGAN, JR.

_____

## Original Proceeding

## MEMORANDUM OPINION

Loyd Tom Logan, Jr., a prison inmate, seeks a writ of mandamus to compel the Honorable Cindy Polley, County Clerk of Ellis County, to file Logan's "Motion for Nunc Pro Tunc." There are numerous procedural problems with this petition including, but not limited to, the lack of 1) a certified or sworn copy of the pleading Logan attempted to file with the County Court at Law judge with a verified motion explaining that the clerk refused to accept the pleading and 2) a certified or sworn copy of a mandamus that Logan contends the trial court denied. *See* TEX. R. APP. P. 52.3(k).

However, we use Rule 2 to look past these and the other deficiencies and deny Logan's petition. TEX. R. APP. P. 2.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed January 26, 2011
Do not publish
[OT06]